IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACI MILLER,<br><br>    Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | 8:21CV447<br><br>**JUDGMENT** |

In accordance with the Order (Filing No. 28) entered today, judgment is entered in favor of plaintiff Traci Miller and against defendant Martin O'Malley, Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

Dated this 8th day of March 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge